UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DCM SYSTEMS, INCORPORATED, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 14-cv-10243-IT |
| TECHNICAL TRADES INSTITUTE, INC., | * |
| Defendant. | * |

ORDER OF DISMISSAL

September 25, 2014

TALWANI, D.J.

Pursuant to the court's Memorandum and Order issued on September 25, 2014 ALLOWING Defendant's Motion to Dismiss the First Amended Complaint [#10], the amended complaint is hereby dismissed. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge